IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**Barry R. Boone**                                                                                    **Plaintiff**

**v.**                       **CASE NO. 3:14CV00075 JTK**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                   **Defendant**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of the Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 2nd day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE